**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 627 EAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| JAMAR CARDWELL, | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Stevens dissents.